# DECISIONES PER CURIAM.

### MARZO 15, 1917, A NOVIEMBRE 30, 1917.

---

No. 1648. QUIÑONES, APELADO, *v.* DELGADO, APELANTE.—Entrega de bienes. San Juan, Sección 1ª. Marzo 21, 1917. *Desestimada la apelación por falta de transcripción.*

---

No. 1651. BENET, APELANTE, *v.* GÓMEZ, APELADO.—Indemnización. Mayagüez. Marzo 27, 1917. *Desistida la apelación.*

---

No. 1138. EL PUEBLO, APELADO, *v.* NAPOLEONI, APELANTE.—Infracción ordenanzas municipales. Ponce. Marzo 27, 1917. *Desestimada la apelación por falta de alegato.*

---

No. 1140. EL PUEBLO, APELADO, *v.* CARABALLO ET AL., APELANTES.—Motín. San Juan, Sección 2ª. Marzo 29, 1917. *Confirmada la sentencia.*

---

No. 1141. EL PUEBLO, APELADO, *v.* TIRADO, APELANTE.—Adulteración de leche. San Juan, Sección 2ª. Marzo 30, 1917. *Confirmada la sentencia.*

---

No. 1146. EL PUEBLO, APELADO, *v.* PÉREZ, APELANTE.—Homicidio voluntario. San Juan, Sección 2ª. Marzo 31, 1917. *Confirmada la sentencia.*